FILED

FEB 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CODAN LIMITED,<br>c/o Codan U.S. Inc.<br>8430 Kao Circle<br>Manassas, Virginia 20110<br><br>    Plaintiff,<br><br>v.<br><br>WORLDWIDE NETWORK SERVICES, LLC.<br>5055 Connecticut Ave.<br>Washington, D.C. 20036<br><br>    Defendant. | Case: 1:08-cv-00272<br>Assigned To : Leon, Richard J.<br>Assign. Date : 2/19/2008<br>Description: Contract |

## COMPLAINT

Plaintiff, Codan Limited ("Codan"), by and through its undersigned counsel, respectfully submits this Complaint against Defendant, Worldwide Network Services, LLC ("WWNS").

### NATURE OF THE ACTION

1.  This is a breach of contract action arising from WWNS's failure to pay as agreed for communication equipment ordered and received from Codan.

### PARTIES

2.  Plaintiff Codan Ltd. is an Australian communications company engaged in the business of providing communications equipment internationally, with its principal place of business located at 81 Graves Street, Newton, S.A., 5074, Australia.

id belief, Defendant WWNS is a Delaware limited

isiness of providing voice, data and video services to

of business at all relevant times hereto located at 1900

ington, D.C., 20036.  Upon information and belief,

onnecticut Avenue, Washington, D.C. 20036.

**SDICTION AND VENUE**

red upon this Court under 28 U.S.C. § 1332, (Diversity

irements, including amount in controversy, having been

in this judicial district pursuant to 28 U.S.C. § 1391 (a)

tains its headquarters in the District of Columbia, is

trict of Columbia, and suit may properly be maintained

against it here.

**FACTS**

6. On or about July 13, 2006, WWNS placed a purchase order with Codan, through its Virginia-based U.S. subsidiary, to purchase certain communications equipment (the "Communications Equipment") from Codan, as more particularly itemized and set forth in Purchase Order 05-0534 attached hereto as Exhibit A and incorporated by reference herein (the "Purchase Order").

7. The Purchase Order was transmitted to Codan in Australia, who promptly performed in conformance with same and all instructions of WWNS. A copy of the

2

itemized invoice dated August 28, 2006 reflecting the specifics of such performance is attached hereto as Exhibit B and incorporated by reference herein ( the "Invoice").

8. As reflected on the Invoice, the Communications Equipment was shipped as directed to WWNS's consignee in Kabul, Afghanistan on or about August 29, 2006. Said Communications Equipment was received and accepted without complaint.

9. Pursuant to the terms of the Purchase Order, and as set forth in the Invoice, WWNS agreed to pay Codan the purchase price for the Communications Equipment in the amount of $189,299.13 "net 30 days from Invoice date", or no later than September 28, 2006.

10. Despite due demand therefore, no payment has been received to date, although WWNS has formally acknowledged in writing that the debt is due and owing. A copy of correspondence from WWNS acknowledging the validity of the debt is attached hereto as Exhibit C and incorporated by reference herein.

11. The failure to pay Codan as agreed constitutes a breach of the subject contract.

12. As a direct and proximate result of WWNS's failure to pay as agreed, Codan has been damaged to date in the principal amount of One Hundred Eighty Nine Thousand Two Hundred Ninety Nine and 13/100 Dollars ($189,299.13), plus pre-judgment interest at the rate of 6% from the due date of August 28, 2006 (which continues to accrue), plus costs.

13. As of the date of this filing, WWNS is justly indebted to Codan in the principal amount of ONE HUNDRED EIGHTY-NINE THOUSAND TWO HUNDRED NINETY-NINE AND 13/100 DOLLARS ($189,299.13) plus pre-judgment interest at the rate of 6% from the due date of August 28, 2006 ( which continues to accrue), plus costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Codan Limited, by counsel, respectfully requests that this Court enter judgment in its favor and against the Defendant, Worldwide Network Services, LLC, in the principal amount of ONE HUNDRED EIGHTY-NINE THOUSAND TWO HUNDRED NINETY-NINE AND 13/100 DOLLARS ($189,299.13), together with pre-judgment interest thereon at the rate of 6% from August 28, 2006 until the date of judgment; post-judgment interest at the legal rate from such date of judgment until paid; its costs expended herein, and all further and additional relief as the Court deems proper.

Dated: February 19, 2008

                Respectfully submitted,

                CODAN LIMITED
                By Counsel

                Gail R. Prentiss, Esq. (D.C. Bar No.412616)
                Vanderpool, Frostick & Nishanian, P.C.
                9200 Church Street, Suite 400
                Manassas, Virginia 20110
                (703) 369-4738, Fax (703) 369-3653
                Counsel for Plaintiff

Worldwide Network Services, LLC
1900 M St. NW
Suite 500
Washington, DC 20036

Purchase Order: 05-0534

SAP # 2811

Page: 1 of 2
Date Printed: 07/13/2006

Order To: CODAN LIMITED
8430 KAO CIRCLE
MANASSAS, VA 20110

COD001

Ship To: AFGHANISTAN-II
DYNCORP INTERNATIONAL
SITE 2 SHARE-E-NAW
ABU RAIHANI BERONI STREET
KABUL,

Contact: SUSAN LANIER    Ph: 703-361-2721

07/13/06   ANTHONY HOOPER        NET 30

1  G
   NGT SR BASE STATION PACKAGE

   Prime Contract #: TO SAQMPD04C1076-003
   AOP: 0510-000   1.2.1.1.AFG

   EA   07/13/06   07/13/06         9.0000      6,482.2800      $58,340.52
   Ord No: PP161275M3
   Req: PEP5055P

2  G
   NGT SR MOBILE PACKAGE

   Prime Contract #: TO SAQMPD04C1076-003
   AOP: 0510-000   1.2.1.1.AFG

   CVPL.PEP.EQU.161275M3
   EA   07/13/06   07/13/06        17.0000      7,193.3000     $122,286.10
   Ord No: PP161275M3
   Req: PEP5055P

3  G
   GPS TRACKING SOFTWARE

   Prime Contract #: TO SAQMPD04C1076-003
   AOP: 0510-000   1.2.1.1.AFG

   CVPL.PEP.EQU.161275M3
   EA   07/13/06   07/13/06         1.0000      5,064.0700       $5,064.07
   Ord No: PP161275M3
   Req: PEP5055P

Bill To:
Worldwide Network Services, LLC
Accounts Payable
1900 M St. NW Suite 500
Washington, DC 20036

best way

CVPL.PEP.EQU.161275M3

PO Total Amt:     $185,690.69


EXHIBIT A - Codan Limited

Worldwide Network Services, LLC
1400 M St. NW
Suite 500
Washington, DC 20036

Order To: COMAN LIMITED
8430 KAO CIRCLE
MANASSAS, VA 20110

Contact: SUSAN LANIER    Ph: 703-361-2721

07/13/06    ANTHONY HOOPER    NET 30

*Authorized Signature(s)*

COD6C1

Purchase Order: 05-0534

best way

Page:    2 of 2
Date Printed: 07/13/2006

| Exporter | | Air Waybill No | | Page | Pages |
|---|---|---|---|---|---|
| CODAN LIMITED<br>81 GRAVES STREET<br>NEWTON SOUTH AUSTRALIA 5074<br>AUSTRALIA | **CODAN** | 550 255 4673 | | 1 | 1 of 2 |
| | | Invoice No & Date<br>90003333.       28 Aug 2006 | | Exporter's Reference<br>SAP#2811 | |
| | | Buyer's Reference & Order Date<br>05-0534 | | Customs ICS - EDN<br>AAE4RCKTK | |

| Consignee | BUYER (if not Consignee) |
|---|---|
| Dyncorp International AFGHANISTAN - II<br>Site 2 SHARE-E-NAW<br>ABU Raihani Beroni Street<br>KABUL PH : 331 34 40 179<br>AFGHANISTAN ATTN : RUFUS DAWKINS | Worldwide Network Services LLC<br>1900 M Street NW, Suite 500<br>WASHINGTON DC 20036<br>USA |

## INVOICE

| Forwarding Agent / Merchant | Country of Origin of Goods | Code | Country of Final Destination | Code |
|---|---|---|---|---|
| UPS-SCS (AUSTRALIA) PTY LTD<br>54 CRITTENDEN ROAD<br>FINDON<br>SOUTH AUSTRALIA 5023 | AUSTRALIA | AU | Afghanistan | AF |

Terms / Method of Payment
**CIP KABUL AIRPORT    (INCOTERMS 2000)**
PAYMENT BY T/T: WESTPAC BANK, SOUTH AUSTRALIA
SWIFT: WPACAU2SADE BSB: 034702 ACCOUNT NO:
560163 TERMS: NETT 30 DAYS FROM INVOICE DATE.
PLEASE QUOTE INVOICE NUMBER WHEN MAKING PAYMENT

| Aircraft | Flight No | | | |
|---|---|---|---|---|
| AIRFREIGHT | | | | |
| Port of Loading<br>ADELAIDE | Departure Date<br>29 Aug 2006 | | | |
| Port of Discharge<br>KABUL | Departure Date | | | |
| Final Destination<br>Afghanistan | Arrival Date | Marine Open Cover Policy No<br>44/122103/9 | Insured Value<br>USD    208,229.04 | |
| SHIPPING MARKS<br>ADDRESSED TO<br>CONSIGNEE | Ctn / Nos<br>78 CARTONS<br>NO 1 TO 78 | Description of Goods (GENERAL)<br>HF Comm Equipment<br>MAWB : 618 4005 2062 | Letter of Credit No | |
| | | | Gross Weight<br>535.315 KG | Cubic m³<br>3.277 |

| Product Code | Description of Goods | Quantity | Unit Price USD | Amount |
|---|---|---:|---:|---:|
| 000010 | NGT SR Base Station Package | 9 | 6,482.26 | 58,340.38 |
| 000020 | RF Unit, NGT SR | 9 | 0.00 | 0.00 |
| 000030 | Handset, NGT SR | 9 | 0.00 | 0.00 |
| 000040 | Junction Box, NGT SR | 9 | 0.00 | 0.00 |
| 000050 | Cable, CIB I/F     6m | 9 | 0.00 | 0.00 |
| 000060 | with DEFAULT transceiver profile | 0 | 0.00 | 0.00 |
| 000070 | Opt ALE (FED-STD-1045/CALM) | 9 | 0.00 | 0.00 |
| 000080 | Opt GPS, NGT SR/SRx/ASR/AR | 9 | 0.00 | 0.00 |
| 000090 | Opt Voice Encryptor NGT (Int Fit) | 9 | 0.00 | 0.00 |
| 000100 | NGT Tcvr Getting Started Guide - English | 9 | 0.00 | 0.00 |
| 000110 | Cradle, NGT Handset | 9 | 0.00 | 0.00 |
| 000120 | Spkr, Extension, 4m lead | 9 | 0.00 | 0.00 |
| 000130 | Opt F, Fan    (Int fit) | 9 | 0.00 | 0.00 |
| 000140 | Feet, Rubber Self Adhesive  15,7mm | 36 | 0.00 | 0.00 |
| 000150 | Earth Braid | 9 | 0.00 | 0.00 |
| 000160 | 3020 Transceiver Power Supply (EU) | 9 | 0.00 | 0.00 |
| | **Total This Page** | 162 | | 58,340.38 |
| | **Total Brought Forward** | 538 | | 185,690.56 |
| | DOCUMENTATION | | | 0.00 |
| | FREIGHT CHARGES | | | 2,985.93 |
| | INSURANCE PREPAID | | | 622.64 |

**PURCHASE ORDER NO:05-0534**

| Terms & Conditions | Invoice Total (INCOTERMS 2000) | | |
|---|---|---|---|
| WE CERTIFY THESE GOODS ARE MANUFACTURED IN AUSTRALIA | CIP   Kabul AIRPORT | USD | 189,299.13 |
| | Place and Date of issue<br>ADELAIDE | | 28 Aug 2006 |
| | Signatory Company<br>CODAN LIMITED A.B.N.77 007 590 605 | | |
| | Name of Authorised Signatory<br>DAWN TAYLOR - EXPORT ADMINISTRATOR | | |
| | Signature for: CODAN LIMITED A.B.N.77 007 590 605 | | |

This copy of TridentGLOBAL is licenced to: CODAN LIMITED



EXHIBIT
Codan Limited v.
**B**
Worldwide Network

| | | Page | Pages |
|---|---|---|---|
| | | 2 | 2 of 2 |

**Exporter**
CODAN LIMITED
81 GRAVES STREET
NEWTON SOUTH AUSTRALIA 5074
AUSTRALIA

**CODAN**

| Air Waybill No |
|---|
| 550 255 4673 |

| Invoice No & Date | |
|---|---|
| 90003333. | 28 Aug 2006 |

| Buyer's Reference & Order Date |
|---|
| 05-0534 |

| Exporter's Reference |
|---|
| SAP#2811 |

| Customs ICS - EDN |
|---|
| AAE4RCKTK |

**Consignee**
Dyncorp International AFGHANISTAN - II
Site 2 SHARE-E-NAW
ABU Raihani Beroni Street
KABUL PH : 331 34 40 179
AFGHANISTAN ATTN : RUFUS DAWKINS

**BUYER (if not Consignee)**
Worldwide Network Services LLC
1900 M Street NW, Suite 500
WASHINGTON DC  20036
USA

## INVOICE CONTINUATION PAGE

| Product Code | Description of Goods | Quantity | Unit Price USD | Amount |
|---|---|---|---|---|
| | | 0 | 0.00 | 0.00 |
| | *** Base Station Antenna Items *** | 9 | 0.00 | 0.00 |
| 000170 | C463 Multiwire Broadband Dipole 250W | 9 | 0.00 | 0.00 |
| 000180 | Cable, Coax assy (RG58 UHF) 30m | 17 | 7,193.30 | 122,286.11 |
| 000190 | NGT SR Mobile Package | 17 | 0.00 | 0.00 |
| 000200 | RF Unit, NGT SR | 17 | 0.00 | 0.00 |
| 000210 | Handset, NGT SR | 17 | 0.00 | 0.00 |
| 000220 | Junction Box, NGT SR | 17 | 0.00 | 0.00 |
| 000230 | Cable, CIB I/F  6m | 0 | 0.00 | 0.00 |
| 000240 | with DEFAULT transceiver profile | 17 | 0.00 | 0.00 |
| 000250 | Opt ALE (FED-STD-1045/CALM) | 17 | 0.00 | 0.00 |
| 000260 | Opt GPS, NGT SR/SRx/ASR/AR | 17 | 0.00 | 0.00 |
| 000270 | Opt Voice Encryptor NGT (Int Fit) | 17 | 0.00 | 0.00 |
| 000280 | NGT Tcvr Getting Started Guide - English | 17 | 0.00 | 0.00 |
| 000290 | Cradle, NGT Handset | 17 | 0.00 | 0.00 |
| 000300 | Spkr, Extension, 4m lead | 17 | 0.00 | 0.00 |
| 000310 | NGT Vehicle Installation Kit | 17 | 0.00 | 0.00 |
| 000320 | GPS Rcvr, Int Rx/Antenna | 0 | 0.00 | 0.00 |
| 000330 | *** Mobile Antenna Equipment *** | 17 | 0.00 | 0.00 |
| 000340 | 9350 Auto Tuning Antenna | 17 | 0.00 | 0.00 |
| 000350 | 9350 Antenna Installation Handbook | 17 | 0.00 | 0.00 |
| 000360 | Spring, 9350 | 17 | 0.00 | 0.00 |
| 000370 | Whip, Fiber Glass, 1,6m | 17 | 0.00 | 0.00 |
| 000380 | Whip, Stainless Tapered, 1,2m | 17 | 0.00 | 0.00 |
| 000390 | Cable, Control NGT-9350  6m | 17 | 0.00 | 0.00 |
| 000400 | Cable, Coax assy (RG58 UHF) 6m | 17 | 0.00 | 0.00 |
| 000410 | 9350 NVIS Antenna Kit (2-12MHz) | 1 | 5,064.07 | 5,064.07 |
| 000420 | GPS Tracking Software - 25 users | | | |
| 000430 | | | | |

| | | | |
|---|---|---|---|
| Total This Page | 376 | | 127,350.18 |
| Total Brought Forward | 538 | | 185,690.56 |
| Invoice Total (INCOTERMS 2000) CIP Kabul AIRPORT | | USD | 189,299.13 |

**Place and Date of Issue**
ADELAIDE                28 Aug 2006

**Signatory Company**
CODAN LIMITED A.B.N.77 007 590 605

**Name of Authorised Signatory**
DAWN TAYLOR - EXPORT ADMINISTRATOR

Signature for: CODAN LIMITED A.B.N.77 007 590 605

This copy of TridentGLOBAL is licenced to:  CODAN LIMITED

| Shipper's Name and Address | Shipper's Account Number | NOT NEGOTIABLE | |
|---|---|---|---|
| CODAN LIMITED<br>81 GRAVES ST<br>NEWTON SA 5074 AU | 644448418 | **AIR WAYBILL**<br>AIR CONSIGNMENT NOTE | UPS Supply Chain Solutions |

ISSUED BY UPS Supply Chain Solutions, Inc., 12380 Morris Rd., Alpharetta, Ga 30005

Copies 1, 2 and 7 of this Air Waybill are originals and have the same validity.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| DYNCORP INTERNATIONAL AFGHANISTAN<br>ABU RAIHANI BERONI STREET<br>SITE 2 SHARE-E-NAW<br>KABUL AF | T03422963 |

It is mutually agreed that the goods described were received in good condition (except as noted) for transportation as specified in the Shipper's Letter of Instruction. Since this Shipment involves an ultimate destination or stop in a country other than the country of origin, the Warsaw Convention, as amended, may apply and limits the liability of UPS Supply Chain Solutions for loss or damage to cargo.

RECEIVED BY UPS Supply Chain Solutions, Inc. AT: **SHIPPERS DOOR**

Place **ADL**   Time **10:00**   Date **29-AUG-2006**   No. of Shipments **1**

| Issuing Carrier's Agent Name and City | Also Notify |
|---|---|
| UPS SCS (AUSTRALIA) PTY. LTD<br>4 STUART ROAD,<br>RICHMOND SA 5033 AU | |

Shipment Number

**550 255 467 3**

| Agent's IATA Code | Account No. | Third-Party Billing |
|---|---|---|
| 02-3 0145/5623 | | |

Airport of Departure (Address of First Carrier) and Requested Routing

ADELAIDE/618ADL40052062

| To | By First Carrier | Routing and Destination | To | By | To | By | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SIN | SQ7293/SIN/01 | | DXB | SQ | SHJ | SQ | AUD | | X | X | NVD | 185690.56/USD |

| Airport of Destination | Flight/Date | For Carrier Use Only Flight/Date | Amount of Insurance | INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked Amount of Insurance. | TC |
|---|---|---|---|---|---|
| KABUL | 01-SEP-2006 | 03-SEP-2006 | NIL | | |

Handling Information (Special Instructions)

SR-SAP#/CUST

CC-RUFUS DAWKINS/331 34 40179

| No. of Pieces RCP | Gross Weight | Kg/LB | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Include Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 78 | 536.00 | K | ECN | 536.00 | K    AS AGREED | | COMMUNICATION EQUIPMENT<br>***GOODS IN TANSIT TO KABUL, AFGHANISTAN***<br>Qty Length Width Height UoM<br>26  51.0  34.0  28.0  CM<br>9  40.0  30.0  19.0  CM<br>9  145.0  16.0  17.0  CM<br>17  170.0  20.0  17.0  CM<br>17  220.0  12.0   9.0  CM |
| 78 | 536.00 | | | | | | Volume = 3.209032 M3<br>Exp Auth# AAE4RCKTK |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charges Due Agent | | This air waybill is issued in accordance with the Shipper's Letter of Instruction and is subject to governing rules and applicable tariffs in effect as of the execution date including the terms and conditions of contract set forth on the reverse side and as set forth in the UPS Supply Chain Solutions Terms and Conditions of Contract at www.ups-scs.com. UPS Supply Chain Solutions shall not be liable for special, incidental, or consequential damages and disclaims all warranties, expressed or implied, with respect to carriage of this shipment. Unless a higher value is declared and an additional charge paid, the liability of UPS Supply Chain Solutions for this shipment is limited to the amount set forth in the UPS Supply Chain Solutions Terms and Conditions of Contract in effect on the date of the shipment. If this shipment contains Dangerous Goods, this air waybill must describe the Shipment and the Shipment must be in condition for carriage, in accordance with the current International Air Transport Association's Dangerous Goods Regulations. |
| | Total Other Charges Due Carrier | | |
| | Currency | | |
| Total Prepaid | Total Collect | Executed on | |
| Currency Conversion Rates | CC Charges in Dest. Currency | 1 USD = | TOT COLL = USD |
| | | 29-AUG-2006  10:00  ADL  5502554673 | dxcapaid |
| | | (Date) (Time) at (Place) | Signature of Issuing Carrier or Its Agent |
| For Carrier's Use Only at Destination | Charges at Destination | Total Collect Charges | These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to US law prohibited. |

61010-56 (5/05) LITHO U.S.A.         ORIGINAL 1 (For Shipper)



Empowering You in a Changing World

1900 M Street NW, Suite 500
Washington, DC 20036
Phone: 202-293-0852
Fax: 202-293-0872

Mr. Steve Boutilier
Codan US, Inc.
8430 Kao Circle
Manassas, VA 20110

Subject: **Response to Demand For Payment**

Dear Steve:

Per our many conversations and your letter of January 22, 2007, this letter shall serve as Worldwide Network Services, LLC (WWNS) formal acknowledgement of the debt owed to Codan in the amount of $189,311.01.

As you have already been made aware, WWNS is involved in litigation with DynCorp International in an attempt to collect the millions of dollars which DynCorp owes to WWNS. As a result of DynCorp's unlawful actions, to include their failure to pay its debt to WWNS, we have been virtually forced out of business. DynCorp indisputably owes WWNS enough to pay Codan and all other creditors of WWNS in full. WWNS is doing everything possible to collect this receivable, as the company has no other assets with which to pay its debts at this time. In addition, WWNS has taken no action nor intends to take action towards any bankruptcy proceedings.

We value our relationship with Codan and look forward to resolving this issue. We ask that you continue to be patient, and we regret that DynCorp's refusal to pay its debt to WWNS prevents us from timely paying the amounts owed.

If you have any questions or concerns, please contact either Walter or myself at the following:

Walter Gray
wgray@wwns.net
(240) 888-0900 cell

Reginald S. Bailey, Sr.
rbailey@wwns.net
(240) 888-0901 cell

Sincerely,


Reginald S. Bailey, Sr.
Senior Vice President



JS-44
(Rev.1/05 DC)
Case 1:08-cv-00272-RJL   Document 1-5   Filed 02/19/2008   Page 1 of 2

CIVIL COVER SHEET

m
08-CV-272
RJL

**I (a) PLAINTIFFS**

Codan Limited

88888
99999

**DEFENDANTS**

Worldwide Network Service, LLC

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Gail R. Prentiss, Esq. (DC Bar # 412616)
Vanderpool, Frostick & Nishanian, P.C.
9200 Church Street, Suite 400
Manassas, VA 20110
(703) 369-4738; FAX (703) 369-4638

AT

Case: 1:08-cv-00272
Assigned To : Leon, Richard J.
Assign. Date : 2/19/2008
Description: Contract

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
● 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ● 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ● 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)* OR ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/* 2255 | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ⊙ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Failure to pay for goods ordered and shipped internationally/Diversity Jurisdiction under 28 U.S.C. §1332

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 189,299.13   Check YES only if demanded in complaint
JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 2/19/08    SIGNATURE OF ATTORNEY OF RECORD _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.