United States District Court
for the District of Columbia

CODAN LIMITED,
c/o Codan U.S. Inc.
8430 Kao Circle
Manassas, Virginia 20110

    Plaintiff,

v.

WORLDWIDE NETWORK SERVICES, LLC.
5055 Connecticut Ave.
Washington, D.C. 20036

    Defendant.

Case: 1:08-cv-00272
Assigned To : Leon, Richard J.
Assign. Date : 2/19/2008
Description: Contract

## Certificate Rule LCvR 7.1

I, the undersigned, counsel of record for Codan Limited certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Codan Limited which have any outstanding securities in the hands of the public:

**None**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/Gail R. Prentiss, Esq. (DC Bar No. 412616)
VANDERPOOL, FROSTICK & NISHANIAN, P.C.
9200 Church Street, Suite 400
Manassas, Virginia 20110
(703) 369-4738; FAX (703) 369-3653
Counsel for Codan Limited