<u>District of Columbia</u>

In the United States District Court

CODAN LIMITED,

Case: 1:08-cv-00272 RJL

vs

WORLDWIDE NETWORK SERVICES, LLC.

Type of Service
Personal

## AFFIDAVIT OF PRIVATE PROCESS SERVICE

State of Virginia
Jeffrey P. Hever, Private Process Server
Court Support Services
P.O. Box 674, Occoquan, VA 22125
Telephone Number (703) 577-5288   Fax Number (703) 232-1035
Email: support@court-support-services.com  Web: www.court-support-services.com
Appeared before me the undersigned Notary public, who after being duly sworn, made oath and affidavit as follows:

1. That he is eighteen years of age or older.
2. That he is not a party to or otherwise interested in the subject matter in controversy.
3. That he, on Tuesday, March 4, 2008, served Reginald Bailey the Vice President for Worldwide Network Services, Inc., in person at 11:05 AM, in the parking lot of the restaurant Macaroni Grill, located at 178 Jennifer Rd., Annapolis, MD 21401. Mr. Bailey was personally served with the following documents:

**Summons**
**Complaint**

*Mr. Bailey can be described as being an African American male approximately 5'11" tall, 190 pounds, and between 35-40 years of age. Mr. Bailey has no facial hair and wore his hair very short ½" to ¾" long with a fade along the sides.*

............................................
Jeffrey P. Hever

Sworn to and subscribed before me this 5th day of March, 2008.

............................................
Notary Public

7/31/09, Notary #316502
Commission Expires

JENNA SMITH
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires
July 31, 2009