# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CODAN LIMITED,                )<br>                                                  )<br>    Plaintiff,                     )<br>                                                  )<br>v.                                              )<br>                                                  )<br>WORLDWIDE NETWORK SERVICES, LLC. )<br>                                                  )<br>.     Defendant.               ) | Case No.:    1:08-cv-00272<br>Judge:         RJL |

## MOTION FOR ENTRY OF CONSENT ORDER JUDGMENT

COMES NOW the Plaintiff, Codan Limited ("Codan"), and respectfully requests this Court enter a consent order judgment against the Defendant, Worldwide Network Services, LLC ("WWNS"), and in support thereof states as follows:

1.      On February 19, 2008, Codan filed its Complaint setting forth its claim that WWNS is justly indebted to Codan in the principal amount of ONE HUNDRED EIGHTY-NINE THOUSAND TWO HUNDRED NINETY-NINE AND 13/100 DOALLARS ($189,299.13), plus applicable interest and costs as set forth in the Complaint.

2.      On March 4, 2008, the Complaint was duly served on WWNS by personal service on its Senior Vice President, Mr. Reginald Bailey.

3.      As evidenced by Mr. Bailey's endorsement of the attached proposed order, WWNS admits that the alleged debt is justly owed to Codan and has consented to entry of the attached Consent Judgment Order.

WHEREFORE, Plaintiff, Codan Limited, requests the Court to enter the attached proposed Consent Order Judgment granting the relief requested.

DATED:    March 24, 2008            Respectfully Submitted,

/s/ Gail R. Prentiss
Gail R. Prentiss, Esq. (DC Bar #412616)
Vanderpool, Frostick & Nishanian, P.C.
9200 Church Street, Suite 400
Manassas, Virginia 20100
*Counsel for Codan Limited*

## Certificate of Service

I hereby certify that on the 24th day of March 2008, a true and accurate copy of the foregoing Motion for Entry of Consent Order Judgment, was sent via first class mail, postage prepaid, to:

WORLDWIDE NETWORK SERVICES, LLC.
5055 Connecticut Ave.
Washington, DC 20036

/s/ Gail R. Prentiss
Gail R. Prentiss, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CODAN LIMITED, ) | |
| ) | |
| Plaintiff, ) | Case No.:  1:08-cv-00272 |
| ) | Judge:    RJL |
| v. ) | |
| ) | |
| WORLDWIDE NETWORK SERVICES, LLC. ) | |
| ) | |
| Defendant. ) | |

## CONSENT JUDGMENT ORDER

THIS CAUSE CAME to before the Court on Plaintiff's Motion for Entry of Consent Order Judgment; and

IT APPEARING that the parties agree that Defendant, Worldwide Network Services, LLC ("WWNS") is justly indebted to Plaintiff Codan Limited in the principal amount of $189,338.00 plus interest and costs as set forth herein; and

IT FURTHER APPEARING that the parties have consented to entry of this Order as evidenced by their respective signatures hereon; it is hereby

ORDERED that JUDGMENT IS HEREBY ENTERED for the Plaintiff, Codan Limited, and against the Defendant Worldwide Network Services, LLC in the amount of ONE HUNDRED EIGHTY-NINE THOUSAND TWO HUNDRED NINETY-NINE AND 13/100 DOALLARS ($189,299.13), together with pre-judgment interest at the rate of 6% from August 28, 2006 until the date of judgment; post-judgment interest at the legal rate from such date of judgment until paid; and its costs expended herein.



ENTERED this _____ day of _____, 2008.

                                                  THE HONORABLE RICHARD J. LEON
                                                  UNITED STATES DISTRICT COURT
WE ASK FOR THIS:                          FOR THE DISTRICT OF COLUMBIA

VANDERPOOL FROSTICK & NISHANIAN, P.C.

By: _____
Gail R. Prentiss, Esq. (DC Bar # 412616)
9200 Church Street, Suite 400
Manassas, Virginia 20100
Counsel for Codan Limited

SEEN AND AGREED:

WORLDWIDE NETWORK SERVICES, LLC

By: _____
Reginald Bailey, Senior Vice President
5055 Connecticut Ave.
Washington, DC 20036

Copies to:

WORLDWIDE NETWORK SERVICES, LLC.
5055 Connecticut Ave.
Washington, DC 20036

Gail R. Prentiss, Esq.
Vanderpool, Frostick & Nishanian, P.C.
9200 Church Street, Suite 400
Manassas, Virginia 20100