IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CODAN LIMITED,            )<br>                           )<br>    Plaintiff,              )<br>                           )<br>v.                         )<br>                           )<br>WORLDWIDE NETWORK SERVICES, LLC. )<br>                           )<br>    Defendant.             ) | Case No.:  1:08-cv-00272<br>Judge:      RJL<br><br>FILED<br>MAR 2 6 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### CONSENT JUDGMENT ORDER

THIS CAUSE CAME to before the Court on Plaintiff's Motion for Entry of Consent Order Judgment; and

IT APPEARING that the parties agree that Defendant, Worldwide Network Services, LLC ("WWNS") is justly indebted to Plaintiff Codan Limited in the principal amount of $189,338.00 plus interest and costs as set forth herein; and

IT FURTHER APPEARING that the parties have consented to entry of this Order as evidenced by their respective signatures hereon; it is hereby

ORDERED that JUDGMENT IS HEREBY ENTERED for the Plaintiff, Codan Limited, and against the Defendant Worldwide Network Services, LLC in the amount of ONE HUNDRED EIGHTY-NINE THOUSAND TWO HUNDRED NINETY-NINE AND 13/100 DOALLARS ($189,299.13), together with pre-judgment interest at the rate of 6% from August 28, 2006 until the date of judgment; post-judgment interest at the legal rate from such date of judgment until paid; and its costs expended herein.



ENTERED this 26th day of March, 2008.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WE ASK FOR THIS:

VANDERPOOL FROSTICK & NISHANIAN, P.C.

By: _____
Gail R. Prentiss, Esq. (DC Bar # 412616)
9200 Church Street, Suite 400
Manassas, Virginia 20100
Counsel for Codan Limited

SEEN AND AGREED:

WORLDWIDE NETWORK SERVICES, LLC

By: _____
Reginald Bailey, Senior Vice President
5055 Connecticut Ave.
Washington, DC 20036

Copies to:

WORLDWIDE NETWORK SERVICES, LLC.
5055 Connecticut Ave.
Washington, DC 20036


Gail R. Prentiss, Esq.
Vanderpool, Frostick & Nishanian, P.C.
9200 Church Street, Suite 400
Manassas, Virginia 20100